# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY WILLIAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>D.E. FOOTE, et al.,<br><br>        Defendants. | Case No. CV 08-2838-CJC (JTL)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that defendants' Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) is granted in part and denied in part as follows:

(1) Defendants' Motion to Dismiss on statute of limitations and qualified immunity grounds is DENIED.

(2) Plaintiff's claims are dismissed with leave to amend.

(3) Plaintiff is granted leave to amend to file a Second Amended Complaint consistent with this Report and Recommendation. Plaintiff may not include new claims or defendants without prior leave of court. Fed. R. Civ. P. 15(a).

1    The Second Amended Complaint shall be due within twenty (20) days of the date of this
2  Order.  **Plaintiff is admonished that, if he fails to timely file a Second Amended**
3  **Complaint, the action shall be dismissed for failure to diligently prosecute.**

5  DATED: May 28, 2009
6                                            CORMAC J. CARNEY
                                          UNITED STATES DISTRICT JUDGE