# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY WILLIAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>D. E. FOOTE, et al.,<br><br>        Defendants. | Case No. CV 08-2838-CJC (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has filed Objections,[1] and the Court has engaged in a de novo review of those portions of the Report and Recommendation to which Plaintiff has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment be granted and that Judgment be entered dismissing this action with prejudice.

DATED: January 5, 2012

                                                CORMAC J. CARNEY
                                            UNITED STATES DISTRICT JUDGE

---

[1] On November 14, 2011, Plaintiff filed an Objection to Evidentiary Ruling, which the Court construes as Plaintiff's Objections to the Report and Recommendation.