JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY WILLIAMS,<br><br>                Plaintiff,<br><br>   v.<br><br>D. E. FOOTE, et al.,<br><br>                Defendants. | Case No. CV 08-2838-CJC (JEM)<br><br>**JUDGMENT** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: January 5, 2012

                                             CORMAC J. CARNEY
                                  UNITED STATES DISTRICT JUDGE